PER CURIAM.
 

 We have for review
 
 Luciano v. State,
 
 983 So.2d 759 (Fla. 5th DCA 2008), in which the Fifth District Court of Appeal certified conflict with the decision of the Third District Court of Appeal in
 
 Valdes v. State,
 
 970 So.2d 414 (Fla. 3d DCA 2007),
 
 approved in restdt,
 
 3 So.3d 1067 (Fla. 2009). At the time the Fifth District issued its decision in
 
 Luciano,
 
 the Third District’s
 
 Valdes
 
 decision was pending review in this Court. We have jurisdiction.
 
 See
 
 art. V, § 3(b)(3)-(4), Fla. Const.;
 
 Jollie v. State,
 
 405 So.2d 418 (Fla.1981).
 

 We stayed proceedings in the present case pending disposition of
 
 Valdes v. State,
 
 3 So.3d 1067 (Fla.2009), in which we ultimately approved the result of the Third District’s underlying
 
 Valdes
 
 decision. Once our decision in
 
 Valdes
 
 was final, we issued an order in the present case directing Respondent to show cause why we should not exercise jurisdiction, summarily quash the decision being reviewed, and remand for reconsideration in light of our decision in
 
 Valdes.
 
 Respondent in his response acknowledges the controlling authority of this Court’s
 
 Valdes
 
 decision.
 

 We accordingly exercise jurisdiction and grant the petition for review in the present case. The decision under review is quashed and this matter is remanded to the Fifth District for reconsideration upon application of this Court’s
 
 Valdes
 
 decision.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, LABARGA, and PERRY, JJ., concur.